1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BORTOLO GIOVANNI VIVENZI,

       Plaintiff,

     v.

U.S.A.,

       Defendant.

*__E-FILED - 9/30/09__*

CASE NOS.: C-06-04688-RMW
               C-09-00104-RMW
*(Criminal No.: CR-85-02160-RMW)*

**ORDER DENYING MOTION TO
VACATE, SET ASIDE A CASE AND
MOTION FOR WRIT OF ERROR
CORAM NOBIS**

(Docket Nos.: 1, 1, 823, 824, 826, 827)

Bortolo Giovanni Vivenzi brings what he describes as a Petition for Writ of Error Coram Nobis (action # C-06-04688) and a Motion to Vacate, Set Aside a Case (action # C-09-00104). It appears that C-06-04688 concerns petitioner's federal conviction in action # 85-CR-02160 which involved a conviction for drug trafficking offenses. Petitioner, in essence, believes his plea agreement should have included a request for a judicial recommendation against deportation.

Alternatively, he seeks a reduction in his sentence in the hope that would enable him to avoid deportation. His papers do not set forth a basis for granting the relief he requests. Although at the time he was convicted, a judge could recommend against deportation, he sets forth no basis that he could have obtained such a recommendation or that it would have done any good. He also sets forth nothing that shows entitlement to an alternate sentence.

1

2

3         In his Motion to Vacate, Set Aside Vivenzi references 28 U.S.C. 2255 and refers to being in

4    federal custody.  He, however, attaches papers from a state court criminal proceeding.  Again, what

5    petitioner appears to seek is an avenue for avoiding deportation.  The court finds no basis for relief.

6         Both the petition and motion are denied.  Vivenzi's request for a fee waiver is denied as
     moot.

7

8

9    DATED: September 30, 2009

10                                                _Ronald M Whyte_____

11                                                RONALD M. WHYTE
                                                  U.S. DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Copy of Order Mailed to:

Bortolo Giovanni Vivenzi de la Cruz
A# 36216291
1705 East Hanna Road
Eloy, AZ 85131
D-214